UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMBERLY MILLER,

                              Plaintiff,

                    -v-

GALERIE BUCHHOLZ NY INC.,

                              Defendant.

22-CV-4843 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

        The Court has been informed that the parties have reached a settlement in principle of

this case.  Accordingly, it is hereby ORDERED that this action is DISMISSED with prejudice

and without costs, subject to the right to reopen provided that any application to restore the

action is made within forty-five days.

        All filing deadlines and conference dates are adjourned *sine die*.

        SO ORDERED.

Dated: September 13, 2022
       New York, New York

                                        _____
                                              J. PAUL OETKEN
                                           United States District Judge